IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVEL JONES, | ) | |
| | ) | 4:05CV3125 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEPARTMENT OF CORRECTIONAL SERVICES, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 44, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to file his brief. Plaintiff states that as an incarcerated individual, he only receives two hours of time in the law library per day. Upon review of the record, I will grant the motion, and the plaintiff shall have until May 31, 2006 to file his brief.

    SO ORDERED.

    DATED this 15th day of May, 2006.

                                            BY THE COURT:

                                            s/F.A. GOSSETT
                                            United States Magistrate Judge